# THE UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| **TPW MANAGEMENT, LLC,** | : | **CASE NO. 1:15-cv-00232** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **YELP INC.,** | : | |
| | : | |
| **Defendant.** | : | |

**PLAINTIFF TPW MANAGEMENT, LLC'S MOTION PURSUANT TO FED. R. CIV. P. RULE 6(B) TO EXTEND THE TIME TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff TPW Management, LLC ("TPW"), hereby moves this Court, pursuant to Fed. R. Civ. P. Rule 6(b), for an extension of time for TPW's Reply to Yelp Inc.'s ("Yelp") Response in Opposition to TPW's Motion for Preliminary Injunction (Doc. No. 23).

1. TPW has filed a Motion for Preliminary Injunction (Doc. No. 15), to which Yelp has filed its Response in Opposition on January 29, 2016.  (Doc. No. 23.)

2. Under Local Rule 7(a) (5), the Reply Memorandum is due on or before February 12, 2016.

3. In light of the complexity of the issues presented in the TPW Motion and Yelp's Response in Opposition, TPW respectfully requests a brief extension until **February 19, 2016**, to file its Reply.

4. Yelp, through its counsel of record in this matter, Ian Carleton, Esq., does not object to the request to extend the response deadline to **February 19, 2016**.

WHERFORE, for the reasons stated above, TPW respectfully moves the Court for an extension until February 19, 2016, for TPW to file its Reply in Support of its Motion for Preliminary Injunction.

DATED at Burlington, Vermont, this 8th day of February, 2016.

    TPW MANAGEMENT, LLC

    */s/ E. William Leckerling*
    E. William Leckerling, Esq.
    Judith L. Dillon, Esq.
    Lisman Leckerling, P.C.
    84 Pine Street, Fifth Floor
    P.O. Box 728
    Burlington, VT 05402-0728
    Tel: (802) 864-5756
    wmleckerling@lisman.com
    jdillon@lisman.com