# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**TPW MANAGEMENT, LLC**,

    Plaintiff,

    v.

**YELP INC.**,

    Defendant.

Case No. 16-cv-03063-YGR

**ORDER REQUIRING PARTIES TO RENOTICE PREVIOUSLY FILED MOTIONS**

On June 8, 2016, the above-captioned case was re-assigned to this Court pursuant to an order granting defendant's motion to transfer venue from the District of Vermont to the Northern District of California. (Dkt. No. 52.) To the extent applicable, the Court advises parties that they must re-notice to this Court any previously filed motions that still need resolution.

**IT IS SO ORDERED.**

Dated: June 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**