United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TPW MANAGEMENT, LLC**,

    Plaintiff,

  v.

**YELP INC.**,

    Defendant.

Case No. 16-cv-03063-YGR

**SCHEDULING AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD**

The Court hereby **SETS** the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 5, 2016 at 2:00 p.m. |
| PRIVATE MEDIATION TO BE COMPLETED BY: | January 13, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | No amendment without Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | December 12, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 12, 2016<br>Rebuttal: December 27, 2016 |
| EXPERT DISCOVERY CUTOFF: | January 16, 2017 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | January 31, 2017 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, March 24, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 31, 2017 |
| PRETRIAL CONFERENCE: | Friday, April 14, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 1, 2017 at 8:30 a.m. for five days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1    Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall
2 meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The
3 compliance hearing on Friday, March 24, 2017 at 9:01 a.m. is intended to confirm that counsel
4 have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The
5 compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,
6 California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the
7 parties shall file a one-page JOINT STATEMENT confirming they have complied with this
8 requirement or explaining their failure to comply.  If compliance is complete, the parties need not
9 appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be
10 allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may
11 result in sanctions.

12    The parties must comply with both the Court's Standing Order in Civil Cases and Standing
13 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
14 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

15    **IT IS SO ORDERED.**

16 Dated: October 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**