E. William Leckerling, Esq. (*Pro Hac Vice*)
Email: wmleckerling@lisman.com
Judith L. Dillon, Esq. (*Pro Hac Vice*)
Email: jdillon@lisman.com
LISMAN LECKERLING, P.C.
84 Pine Street, Fifth Floor
P.O. Box 728
Burlington, VT 05402-0728
Telephone: (802) 864-5756
Facsimile: (802) 864-3629

William W. Oxley (State Bar No. 136793)
Email: William.oxley@dechert.com
Christopher S. Ruhland (State Bar No. 175054)
Email: Christopher.ruhland@dechert.com
Dechert LLP
633 W. 5th Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 808-5700

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TPW MANAGEMENT, LLC,<br><br>   Plaintiff,<br><br>  vs.<br><br>YELP INC.,<br><br>   Defendant. | Case No. 4:16-CV-03063-YGR<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

   WHEREAS, Plaintiff TPW Management, LLC filed suit against Defendant Yelp Inc. in an action captioned *TPW Management, LLC v. Yelp Inc.*, Case No. 1:15-cv-00232 in the United States District Court for the District of Vermont on October 29, 2015.  This action was subsequently transferred to the United States District Court for the Northern District of California;

   WHEREAS, Plaintiff and Defendant settled this matter on or about December 16, 2016;

   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, though their designated counsel, that the above-captioned action should be dismissed with prejudice pursuant to

1  F.R.C.P. 41(a)(1)(A). The parties further stipulated that they shall bear their own attorney's fees,
2  expenses and costs.

3      IT IS SO STIPULATED.

4
5  Dated: January 9, 2017            LISMAN LECKERLING, P.C.

6                                             By: /s/ E. William Leckerling
7                                             E. William Leckerling, Esq.
                                             Judith L. Dillon, Esq.
8                                               84 Pine Street, Suite 500
                                             P.O. Box 728
9                                               Burlington, VT 05402-0728
                                             Telephone: (802) 864-5756
10                                              Facsimile: (802) 864-3629

11                                              Attorneys for Plaintiff TPW Management, LLC

12
13 Dated: January 9, 2017            SHEEHEY FURLONG & BEHM, P.C.

14                                              By: /s/ Ian P. Carleton
15                                              Ian P. Carleton, Esq.
                                             Kevin A. Lumpkin, Esq.
16                                              30 Main Street, Gateway Square, 6th Floor
                                             P.O. Box 66
17                                              Burlington, VT 05402-0066
                                             Telephone: (802) 864-9891
18                                              Facsimile: (802) 864-6815

19                                              Attorneys for Defendant Yelp Inc.

20
21
22
23
24
25
26
27
28

1 | The Court, having considered the Stipulation of the parties, and good cause appearing therefor,
2 | ORDERS as follows:

3     1. This action is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A).

4     2. Each party shall bear their own costs and attorney's fees.

5     3. The Court shall retain jurisdiction over this matter to enforce the terms of the December 16, 2016 Settlement Agreement.

IT IS SO ORDERED.

Dated: _____

    Honorable Judge Yvonne Gonzalez Rogers
    United States District Judge
    Northern District of California

# PROOF OF SERVICE

I, E. William Leckerling, declare:

I am a citizen of the United States and employed in Burlington, Vermont. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 84 Pine Street, Suite 500, Burlington, Vermont 05401. On January 9, 2017, I served a copy of the within document(s):

Stipulation of Dismissal and [PROPOSED] Order

☒ (BY ELECTRONIC SERVICE) I caused a true copy of the foregoing document to be served through the Court's ECF system to each interested party shown on the service list below. The transmission was complete and without error.

Ian P. Carleton, Esq., icarleton@sheeheyvt.com
Kevin A. Lumpkin, Esq., klumpkin@sheeheyvt.com
William W. Oxley, Esq., William.oxley@dechert.com
Christopher S. Ruhland, Esq., christopher.ruhland@dechert.com
Aaron Schur, Esq., aschur@yelp.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: January 9, 2017.

    Respectfully Submitted,
    LISMAN LECKERLING, P.C.

    By: /s/ E. William Leckerling
    E. William Leckerling, Esq.
    84 Pine Street, Suite 500
    P.O. Box 728
    Burlington, VT 05402-0728

    Attorneys for Plaintiff